470 A.2d 524

**IN the Matter of the NORTH STRABANE TOWNSHIP BOARD OF SUPERVISORS.**

**Judith A. NEILL, et al., Appellants at No. 59,**

**v.**

**Joseph SEDMAK, Michael Kavoulakis, Victor Rubis, James T. Maggi and Henry J. Hervol, Supervisors of North Strabane Township, Appellants at No. 58.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1984.

Decided Feb. 2, 1984.

George E. Anthou, Canonsburg, for Sedmak et al.

Albert Zangrilli, Jr., Pittsburgh, for Neill et al.

James H. McCune, Washington, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the Court of COMMON PLEAS OF WASHINGTON COUNTY, be, and the same is hereby AFFIRMED.

## ORDER

PER CURIAM:

Order affirmed.